IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEITH AND REINA CROWLEY,

    Plaintiffs,

vs.                               Civ. No. 97-1529 M/WWD

INTEL CORPORATION, a foreign corporation,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Defendant's First Motion to Compel [docket no. 24] filed June 29, 1998.  The motion seeks "an Order compelling complete and accurate answers to Interrogatory No. 18, including all of its subparts, and/or for an order directing Plaintiff to appear for the continuation of her deposition."  At the time of Reina Crowley's deposition, she was instructed not to answer the questions set out in Interrogatory No. 18.  The instruction by her counsel was improper.  The matters in Interrogatory No. 18 are proper inquiry notwithstanding the apparently more limited purview of this lawsuit.  I will forego discourse on the broad scope of discovery.

    **WHEREFORE,**

    **IT IS ORDERED** that on or before <u>July 15, 1998</u>, Plaintiff shall serve on Defendant complete and accurate answers to Interrogatory No. 18, including all its subparts.

**IT IS FURTHER ORDERED** that on or before <u>July 15, 1998</u>, Plaintiff's counsel shall pay to Defendant the sum of $150.00, which I find to be the reasonable attorney fees necessitated by Plaintiffs' counsel's obstruction of the deposition of his client.

_____
UNITED STATES MAGISTRATE JUDGE